UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TRACEY RODRIGUEZ a/k/a CAMARA

v.                                                                                              CA 14-184 ML

CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL SECURITY

MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Sullivan on April 13, 2015 (Docket #10). No objection has been filed and the time for doing so has passed.

The Court has reviewed the Report and Recommendation which recommends that this Court deny Plaintiff's Motion to Reverse and grant Defendant's Motion for an Order Affirming the Decision of the Commissioner. The Court adopts that recommendation. The Motion to Reverse is DENIED and the Motion for an Order Affirming the Decision of the Commissioner is GRANTED.


SO ORDERED:

*/s/ Mary M. Lisi*
Mary M. Lisi
United States District Judge
June 10, 2015